**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RAMONA WEST, individually and on behalf of all other similarly situated current Missouri citizens,<br><br>       Plaintiff,<br><br>-v.-<br><br>LA TERRA FINA USA, LLC,<br><br>       Defendant. | Case No. 4:22-cv-00381 |

**NOTICE OF FILING NOTICE OF REMOVAL**
**TO PLAINTIFF**

TO: Matthew H. Armstrong       Stuart L. Cochran
   ARMSTRONG LAW FIRM LLC    COCHRAN LAW PLLC
   8816 Manchester Rd., No. 109     8140 Walnut Hill Ln., Ste. 250
   St. Louis MO 63144        Dallas, TX 75231
   Tel: 314-258-0212         Tel: 972-387-4040
   Email: matt@mattarmstronglaw.com  Email: stuart@scochranlaw.com

You are hereby notified that Defendant La Terra Fina USA, LLC, by and through its attorneys, has filed its Notice of Removal in the above-captioned cause in the United States District Court for the Eastern District of Missouri, Eastern Division, on the 1st day of April, 2022, through the Court's CM/ECF electronic filing system. A copy of the Notice of Removal and the exhibits to it are being furnished together with this Notice.

Dated: April 1, 2022

Respectfully submitted,

CARMODY MACDONALD P.C.

By: /s/ *Meghan M. Lamping*
Meghan M. Lamping
Carmody MacDonald P.C.
120 S. Central Ave., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8676
Facsimile: (314) 854-8660
mml@carmodymacdonald.com


COVINGTON & BURLING LLP

Steven J. Rosenbaum*
Andrew Leff*
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 778-5953
srosenbaum@cov.com
aleff@cov.com

* *Pro hac vice applications forthcoming*

*Attorneys for Defendant La Terra Fina USA, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon all counsel of record.  Moreover, I hereby certify that a true and accurate copy of the foregoing was also sent by mail and electronic mail on April 1, 2022 to the following:

Matthew H. Armstrong
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
matt@mattarmstronglaw.com

Stuart L. Cochran
COCHRAN LAW PLLC
8140 Walnut Hill Ln., Suite 250
Dallas, TX  75231
stuart@scochranlaw.com

/s/ *Meghan M. Lamping*
Meghan M. Lamping