**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **RAMONA WEST,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.  **4:22CV381 NCC** |
| **LA TERRA FINA USA, LLC,** | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 7].  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff stipulates to the dismissal of this action *without prejudice*.  Under Rule 41(a)(1)(A)(i) a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  As of today's date, Defendant has not answered or otherwise responded to Plaintiff's Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, without prejudice.**

Dated this 15th day of April, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**